UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL SETTLEMENT CONFERENCE MINUTE ORDER**

| **Date:** November 1, 2021 | **Time:** 25 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 20-cv-08258-MMC (DMR) | **Case Name:** Fretwell v. Board of Trustees of the California State University | |

**For Plaintiff:** Alan Reinach

**For Defendant:** Cathy Arias

**Deputy Clerk:** Nikki D. Riley                     Not Reported

**PROCEEDINGS:** Telephonic Pre-settlement Conference-HELD

**RESULTS:** Settlement planning call held in advance of 1/24/22 Zoom settlement conference. The start time is now changed from 10:00 to 1:00 p.m. Plaintiff shall provide a written demand by 1/10/22, with a copy to Judge Ryu at DMRsettlement@cand.uscourts.gov.

cc:     Chambers