Timothy B. Sottile, Esq. SBN: 127026
Michael F. Baltaxe, Esq. SBN: 129532
Payam I. Aframian, Esq. SBN: 299345
Victoria V. Felder, Esq. SBN: 304894
SOTTILE BALTAXE
4360 Park Terrace Drive, Suite 140
Westlake Village, California 91361
Telephone: (818) 889-0050;
Facsimile: (818) 889-6050

CHURCH STATE COUNCIL
Alan J. Reinach, SBN. 196899
ajreinach@churchstate.org
2686 Townsgate Road
Westlake Village, CA 91361
Tel: 805-413-7398
Fax: 805-497- 3828
*Counsel for Plaintiff Peter Fretwell*

Cathy L. Arias, State Bar No. 141989
Cathy Arias Law
1600 South Main Street, Suite 325
Walnut Creek, CA 94596
Tel: 925-412-3529
cathy@cathyariaslaw.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRETWELL,<br><br>  Plaintiff,<br> v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY<br><br>  Defendants. | CIV NO. 20-8258-MMC<br><br>**STIPULATION OF DISMISSAL** |

1

**FRETWELL v. CSU**              **STIPULATION OF DISMISSAL**

WHEREAS, the parties entered a settlement agreement fully resolving Plaintiff's claims in this matter on February 7, 2022; and

WHEREAS, Defendant has fulfilled its obligations pursuant to the Settlement Agreement, and has issued payment in full;

THEREFORE, the undersigned attorneys for the parties herein, hereby stipulate and agree to ask the Court to dismiss this matter, with prejudice.

Dated:  March 18, 2022
Westlake Village, CA

*S/ Alan J Reinach*
_____
Alan J. Reinach, Esq.
Attorneys for Peter Fretwell

*s/ Cathy Arias*
_____
Cathy Arias
Cathy Arias Law
Attorney for Defendant

2

**FRETWELL v. CSU**         STIPULATION OF DISMISSAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER FRETWELL,

         Plaintiff,

v.

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

         Defendants.

CIV NO. 20-8258-MMC

**ORDER OF DISMISSAL**

WHEREAS attorneys for the parties have stipulated and agreed to dismissal of this action, as the case has been settled, this matter is hereby dismissed.

SO ORDERED

Dated: March ____, 2022

                                                                                           _____
                                                                                            Maxine M. Chesney
                                                                                           United States District Judge