UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER FRETWELL,

              Plaintiff,

  v.

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

              Defendants.

CIV NO. 20-8258-MMC

**ORDER OF DISMISSAL**

WHEREAS attorneys for the parties have stipulated and agreed to dismissal of this action, as the case has been settled, this matter is hereby dismissed.

  SO ORDERED

  Dated:  March _21__ , 2022

_____
Maxine M. Chesney
United States District Judge

3

**FRETWELL v. CSU**          **STIPULATION OF DISMISSAL**